UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BURCHIE LEWIS III #2022110065,<br>Plaintiff | CIVIL DOCKET NO. 1:23-CV-00347<br>SEC P |
| VERSUS | JUDGE DRELL |
| N P D C, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 23), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 15) filed by Margaret Barnum is GRANTED and all claims against her are DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 11th day of December 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT