UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BURCHIE LEWIS III #779488/2022110065** | **CASE NO. 23-cv-347 SEC P** |
| -vs- | **JUDGE DRELL** |
| **N P D C ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 36), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss (ECF No. 30) is GRANTED, and the Complaint (ECF Nos. 1, 6, 9) is DENIED and DISMISSED, WITHOUT PREJUDICE as to the request for injunctive relief, and WITH PREJUDICE as to all other claims.

THUS DONE AND SIGNED at Alexandria, Louisiana this 21st day of June 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT